**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATHIAH LOUIS WIDDER,<br><br>           Petitioner,<br><br>   v.<br><br>UNTIED STATES OF AMERICA, *et al.*,<br><br>           Respondent. | Case No. 2:22-cv-07867-SSS-E<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court **ADOPTS and ACCEPTS** the Magistrate Judge's Report and Recommendation.

     **IT IS THEREFORE ORDERED** that Judgment be entered **DENYING and DISMISSING** the Petition with **PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner and counsel for Respondents.

Date: March 8, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE