JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHIAH LOUIS WIDDER,<br><br>Petitioner,<br><br>v.<br><br>UNTIED STATES OF AMERICA, *et al.*,<br><br>Respondent. | Case No. 2:22-cv-07867-SSS-E<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge, the Court finds that the petition is **DENIED AND DISMISSED WITH PREJUDICE**.

Date: March 8, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE